UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: DARRYL RUFFIN

Case No. 11-70623-TJT
Judge Thomas J. Tucker
Chapter 13

_____/

### NOTICE OF POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
### PURSUANT TO L.B.R.3015-2(b) AND F.R.Bankr.P. 3015(g)

Debtor has filed papers with the court to seek a modification of the Chapter 13 Plan as follows:

1. REDUCE PERCENTAGE TO UNSECURED CREDITORS FROM 12% TO 3% BECAUSE UNSECURED CLAIMS FILED WERE HIGHER THAN SCHEDULED AND PLAN IS NOT RUNNING TIMELY.
2. THE PROPOSED PLAN AS MODIFIED HAS THE FOLLOWING IMPACT ON THE CLASSES OF CREDITORS BEING PAID BY THE TRUSTEE AS FOLLOWS:
   a. Class One administrative claims: none
   b. Class Two continuing claims: none
   c. Class Three executory contracts/unexpired lease: none
   d. Class Four arrearage on continuing claims: none
   e. Class Five (a) secured purchase money secured interest claims: none
   f. Class Five (b) other secured claims: none
   g. Class Six priority unsecured claims: none
   h. Class Seven special unsecured claims: none
   i. Class Eight general unsecured claims: reduce from 12% to 3%.

6/4/2013

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
24100 Southfield Road #203
Southfield, MI 48075
(248) 559-0180
mbl44@aol.com

## N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 5,716.00 | 16,000.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 |
| JEWELRY | 150.00 | 0.00 | 150.00 | 150.00 | 0.00 |
| CASH/BANK ACCOUNTS | 105.00 | 0.00 | 105.00 | 105.00 | 0.00 |
| OTHER | 8,500.00 | 11,408.00 | 5,000.00 | 5,000.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 32,000.00

Amount Available in Chapter 7 $ 0.00

**BSS 13Network**

MORRIS LEFKOWITZ  Case Query

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Enter Case Number, Name, Social Security Number, or @1st Address Line: [Go] LogOut Now

Recently Accessed Cases: 11-70623-TJT Darryl Ruffin

**11-70623-TJT Darryl Ruffin** (xxx-xx-5364) P.O. BOX 873 • • LINCOLN PARK • MI • 48146  $142.24 WK/

| Bar Date(s): | 4/9/2012 (has passed) 7/8/2012 (has passed) |
| Confirmed: | 2/22/2012 |
| Case Status: | Active, Open Case |

Trustee: Tammy L. Terry   Attorney: MORRIS LEFKOWITZ

The data on these pages has not been audited and is provided for general information only.

16 Month(s) since Confirmation  UP = $0.00   TPI = $9,862.96   BOH = $811.48

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | MORRIS LEFKOWITZ | $3,706.00 | | | | | | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | INTERNAL REVENUE SERVICE | $5,368.96 | | $5,368.96 | | | $5,368.96 | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 16 | GE Capital Retail Bank | $11,408.32 | | $9,600.92 | 6.0000 | $243.63 | $10,719.59 | 43 |
| 17 | NATIONAL CAPITAL MANAGEMENT LLC | $5,716.00 | | $4,747.33 | 8.0000 | $124.85 | $5,493.27 | 43 |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **TAXES * Secured** | | | | | | | |
| 20 | INTERNAL REVENUE SERVICE | $2,305.00 | | $1,901.57 | 3.0000 | $45.69 | $2,010.45 | 44 |
| | **WATER BILL** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 28 | | 34303.17 | | | 3 | | $1,029.10 | |

Change Line# 0  [OK]   Plan Terms 44  [Calc]   Unsecured % 3   [Calc] Due to Creditors: $0.00  $25,917.23
                                                                  In from Debtor:   $616.37  $27,931.76

[Restart]

Trustee's % 5

Lump Sum $ 811.48

Delete Line 0  [OK]

**Debtor 1 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd Calc |
|---|---|---|---|
| SEVERSTAL NORTH | $142.24 | WEEKLY | $ ? |
| Darryl Ruffin | $0.00 | WEEKLY | $ ? |

**Debtor 2 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd Calc |
|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ ? |

Tammy L. Terry - Detroit, MI   Your Chapter 13 Information Management System   2004 BSS LLC

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION-DETROIT
```

IN RE: DARRYL RUFFIN                    Case No. 11-70623-TJT
                                        Judge Thomas J. Tucker
                                        Chapter 13

_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

        United States Bankruptcy Court, 211 West Fort Street, Suite 2100, Detroit, MI 48226

        Morris B. Lefkowitz, Attorney for Debtor, 24100 Southfield Road, Suite 203, Southfield, MI 48075

        Tammy L. Terry, Chapter 13 Trustee, 535 Griswold St., Suite 2100, Detroit, MI 48226

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
24100 Southfield Road #203
Southfield, MI 48075
(248) 559-0180
mbl44@aol.com

Date: 6/4/2013

```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MICHIGAN
                        SOUTHERN DIVISION-DETROIT
```

IN RE: DARRYL RUFFIN                        Case No. 11-70623-TJT
                                            Judge Thomas J. Tucker
                                            Chapter 13
_____/

**PROOF OF SERVICE**

I, Morris B. Lefkowitz, hereby swear under penalty of perjury that on the date indicated below, I served copies of:
    1.**NOTICE OF POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN**
upon the following parties by first class mail: SEE ATTACHED PACER MATRIX


Dated: 6-4-13                /s/ Morris B. Lefkowitz
                                    Morris B. Lefkowitz (P31335)
                                    24100 Southfield Road #203
                                    Southfield, MI 48075
                                    (248) 559-0180
                                    mbl44@aol.com

| Label Matrix for local noticing<br>0645-2<br>Case 11-70623-tjt<br>Eastern District of Michigan<br>Detroit<br>Tue Jun 4 12:22:56 EDT 2013 | Allstate Insurance Co.<br>PO Box 2896<br>Farmington Hills, MI 48333-2896 | American InfoSource LP as agent for T Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
|---|---|---|
| Bombardier<br>P.O. Box 981439<br>El Paso, TX 79998-1439 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Certegy Payment Recovery<br>10542 South Jordan Gateway<br>Ste 200<br>South Jordan, UT 84095-3907 | City of Detroit<br>Parking Violations Bureau<br>P.O. Box 2549<br>Detroit, MI 48202-0549 |
| Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 | Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Credit Protection Association, L.P.<br>13355 Noel Rd.<br>Dallas, TX 75240-6837 |
| Dr. Harris, Birkhill, P.C.<br>P.O. Box 2802<br>Dearborn, MI 48123-2929 | Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | First Financial Bank USA<br>P.O. Box 1050<br>North Sioux City, SD 57049-1050 |
| First Premier Bank<br>POB 5524<br>Sioux Falls, SD 57117-5524 | Franklin Collection Services<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 |
| GE Money Bank<br>Attn: Bankruptcy Department<br>P.O. Box 103106<br>Roswell, GA 30076-9106 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>SBSE/ Insolvency Unit<br>Box 330500-Stop 15<br>Detroit, MI 48232 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | Law Offices of George Gusses Co<br>33 S Huron St<br>Toledo, OH 43604-8705 | Morris B. Lefkowitz<br>24100 Southfield Rd.<br>Suite 203<br>Southfield, MI 48075-2851 |
| Lilly Ruffin<br>1300 Electric Ave.<br>Lincoln Park, MI 48146-5814 | Macomb County Circuit Court<br>40 N. Main St<br>Mount Clemens, MI 48043-5654 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |

| | | |
|---|---|---|
| (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | National Capital Management, LLC<br>Agent for GE Capital Retail Bank<br>8245 Tournament Drive, Suite 230<br>Memphis, TN 38125-1741 | National Capital Management, LLC<br>P.O. Box 12786<br>Norfolk, VA 23541-0786 |
| Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696-8208 | Professional Account Management<br>PO Box 2549<br>Detroit, MI 48202-0549 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Darryl Ruffin<br>3101 Beatrice<br>Detroit, MI 48217-1503 | S&D Accounting & Tax Services<br>20321 Westmoreland<br>Detroit, MI 48219-1476 | Santander Consumer<br>Attn: Bankruptcy Deaprtment<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State of Michigan Office Child<br>P.O. Box 30478<br>Lansing, MI 48909-7978 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |
| U.S. Attorney<br>Attn:Civil Division<br>Internal Revenue Service<br>211 W. Fort St., Suite 2001<br>Detroit, MI 48226-3220 | United Collect Bur Inc<br>P.O. Box 140190<br>Toledo, OH 43614-0190 | Zenith Acquisition Corp.<br>220 John Glenn Dr #1<br>Buffalo, NY 14228-2246 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>SBSE/Insolvency Unit<br>Box 330500- Stop 15<br>Detroit, Mi 48232 | NCO Financial<br>P.O. Box 13570<br>Philadelphia, PA 19101 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 |
| (d)Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | End of Label Matrix<br>Mailable recipients  44<br>Bypassed recipients   0<br>Total                44 | |